UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH W. WADE,

                        Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF STATE OFFICE OF PLANNING, DEVELOPMENT, AND COMMUNITY INFRASTRUCTURE,

                        Defendant.

23-CV-4702 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 8, 2024
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge